# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JACK DALY,<br><br>    Defendant. | Case No. 23-CR-78-JPS |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NATHANAEL PENDLEY,<br><br>    Defendant. | Case No. 23-CR-80-LA |

   Before the Court is Defendant Jack Daly's ("Daly") motion, about which the Government takes no position, to join his case (Case No. 23-CR-78-JPS) with Defendant Nathanael Pendley's ("Pendley") case (Case No. 23-CR-80-LA). ECF No. 6. Despite the defendants not being the same, Daly avers that all four factors for relatedness and reassignment pursuant to Criminal Local Rule 13 are satisfied. ECF No. 6 at 3. The Court agrees. The cases are based upon the same set of facts, events or offenses, both are pending in this District, and the handling of both cases by the same judge will result in the saving of judicial resources. Crim. L.R. 13(a). Both cases are awaiting entry of pleas and joining the cases will aid in avoiding

unwarranted sentencing disparities. *Id.*; *see also* 18 U.S.C. § 3553(a). Because Daly's case is the lower numbered case and is assigned to this branch of the Court, the Court will order the Clerk of Court to reassign Pendley's case to this branch of the Court as well. Crim. L.R. 13(b), (c).

Accordingly,

**IT IS ORDERED** that Defendant Jack Daly's motion to join Case No. 23-CR-78-JPS with Case No. 23-CR-80-LA, ECF No. 6, be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the Clerk of Court **REASSIGN** to Case No. 23-CR-80-LA to this branch of the Court.

Dated at Milwaukee, Wisconsin, this 5th day of June, 2023.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge