| | |
|---|---|
| **From:** | Nate Pendley |
| **To:** | jackwdaly |
| **Subject:** | What about this? |
| **Date:** | Wednesday, February 15, 2017 3:48:09 PM |

Advisory Board member Nate Pendley said, "I find these grifters sickening.  I've told every prosecutor who will listen that they should be prosecuted for obtaining property by false pretense.  I can show you PACs that paid not one red cent in Independent Expenditures in support of the project they raised money for.  These grifters know when they make the solicitation that they intend to spend nothing or next to nothing for the claimed cause.  That's a felony in 50 states.  It's racketeering, is what it amounts to, and somebody needs to be sent to the Big House for about 12 years to calm all of this down.

"What makes it even more vile to me is that these grifters don't target sophisticated donors.  Have you read the drivel they put out?  It's aimed at the older, less informed, less sophisticated donor.  Sheldon Adelson and George Soros are not being taken in by this: they're ripping off old ladies.  And then of course it makes things more difficult for the true ideologues, liberal and conservative, who are trying to make a difference in this world.  There's less money for legitimate causes, and donors are rightfully suspicious once they've been burned by one of these cons."

**EXHIBIT 1**