# COURT MINUTES OF SENTENCING HEARING

UNITED STATES of AMERICA,

v.                                            CASE NO. 23-CR-78-JPS

JACK DALY.

## HON. J. P. STADTMUELLER PRESIDING

DATE: December 15, 2023                        TIME SCHEDULED: 8:30 a.m.

COURT DEPUTY/CLERK: Annie Stanford       TIME CALLED: 8:30 a.m.

COURT REPORTER: Sue Armbruster           TIME FINISHED: 10:37 a.m.

GOVERNMENT BY: Kevin Knight, Benjamin Taibleson; CASE AGENT: Eric Burns

DEFENDANT BY: Matthew Krueger, Jason Cowley, Roy Dixon

PROBATION BY: Jennifer Garstka

Notes:

- **8:30:** Appearances; Court puts background of case on record, including Defendant's having pled guilty to Count One of the Information; Court notes it has reviewed presentence report
- **8:33:** Parties have reviewed presentence report; Defense counsel comments on factual objections and when they will be addressed; Government comments the same as Defense counsel; Court adopts the facts as stated in the presentence report subject to these comments
- **8:36:** Court notes prelimininary matters to be addressed; Court grants motion at ECF No. 42; Court grants motion at ECF No. 43
- **8:37:** Court notes applicable Guidelines:
  - Total Offense Level: 10
  - Criminal History Category: I
  - 6 to 12 months imprisonment
  - 1 to 3 years supervised release
  - $4,000.00 to $40,000.00 fine
  - $69,978.37 restitution (PAID)
  - $100.00 special assessment
- **8:39:** Defemse counsel accepts these Guidelines; comments on loss amount; Government objects to calculation of loss amount and presents argument
- **8:42:** Defense counsel responds to Government's argument

| | |
|---|---|
| 8:45: | Government replies to Defense counsel's response |
| 8:46: | Court addresses calculation of loss amount; Court rules that Probation has correctly calculated Guidelines as to calculation of loss amount; parties have no further objections to Guidelines; Court will therefore adopt for purposes of considering Defendant's sentence |
| 8:55: | Court comments on submissions from Defendant |
| 8:59: | Defense counsel makes a statement on Defendant's behalf; requests sentence of 24 months of probation |
| 9:22: | Defendant makes a statement on his own behalf |
| 9:24: | Government makes a statement; requests custodial sentence |
| 9:42: | Defense counsel makes further statement on Defendant's behalf |
| 9:44: | Court notes that it previously circulated proposed conditions of supervised release; parties have reviewed them and have no objections thereto |
| 9:45: | Court discusses statements of the parties, facts of the case, and facts as presented in presentence report |
| 10:29: | Court imposes the following formal sentence: |
| |     4 months of imprisonment as to Count One |
| |     2 years of supervised release as to Count One |
| |     $20,000.00 fine |
| |     $100.00 special assessment |
| |     $69,978.37 restitution (PAID) |
| |     Defendant remains on bond and will voluntarily surrender on or after Thursday, February 1, 2024 |
| 10:32: | Court advises Defendant of his right of appeal |
| 10:35: | Court notes that designation to FCI or residential re-entry center is within the discretion of the Bureau of Prisons, but that Court will include Defense counsel's recommendation in the judgment |
| 10:36: | Defense counsel comments as to appeal waiver provision |
| 10:37: | Court stands in recess |